IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Julian Pierce Williams. | ) |
| | ) |
| Plaintiff, | ) **ORDER ADOPTING REPORT** |
| | ) **AND RECOMMENDATION** |
| vs. | ) |
| | ) Case No. 1:25-cv-058 |
| Paul Olthoff, individually; | ) |
| Rebecia McFarland, individually; | ) |
| Chantell Hillstead, individually; | ) |
| Ashley Auch, individually; and | ) |
| Jess Fricke, individually,, | ) |
| | ) |
| Defendant. | ) |

Acting *pro se*, the Plaintiff, Julian Pierce Williams, initiated this civil rights action in March of 2025. The complaint was filed on March 28, 2025, and an amended complaint was filed on May 21, 2025. See Doc. Nos. 7 and 15. On July 28, 2025, Williams filed a motion for leave to file a second amended complaint. See Doc. No. 35. On September 7, 2025, Magistrate Judge Clare R. Hochhalter issued a Report and Recommendation in which he recommended the motion be denied. See Doc. No. 41. Williams did not file an objection to the Report and Recommendation and the time for doing so has expired.

The Court has carefully reviewed the Report and Recommendation and the entire record, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Doc. No. 41) in its entirety and **DENIES** the motion for leave to file a second amended complaint (Doc. No. 35).

**IT IS SO ORDERED.**

Dated this 30th day of September, 2025.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court