IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Julian Pierce Williams, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Paul Olthoff, Rebecia McFarland, Chantell Hillstead, Ashley Auch, and Jess Fricke, | ) ) | |
| | ) | Case No. 1:25-cv-00058 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on March 2, 2026, at 10:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 23rd day of October, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court