## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Julian Pierce Williams, | ) |
| | ) **ORDER** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:25-cv-058 |
| Paul Olthoff, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff is an inmate at the James River Correctional Center. He is proceeding *pro se* and *in forma pauperis*.

On February 10, 2026, Plaintiff filed a motion seeking an order from the court that compels Defendants to respond to his interrogatories. (Doc. No. 72). On February 11, 2026, the court issued an order denying the motion without prejudice as Plaintiff had neither certified to having met and conferred in good faith with Defendants nor requested a status conference with court as required by Fed. R. Civ. P. 37(a)(1) and D.N.D. Civ. L.R. 37.1 prior to filing his motion. (Doc. No. 73).

On February 17, 2026, Plaintiff filed a second motion seeking an order from the court compelling Defendants to respond to his interrogatories. (Doc. No. 75). Again, Plaintiff has neither certified that he has conferred with Defendants in good faith nor requested a status conference with the court before filing his motion. Accordingly, for the reasons articulated by the court in its February 11, 2026, order, Plaintiff's instant motion (Doc. No. 75) is **DENIED** without prejudice.

The court shall schedule a status conference with the parties by telephone on March 6, 2026, at 10:00 AM to discuss Plaintiff's concerns regarding discovery. To participate in the status conference, the parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted

for the "Call ID."

**IT IS SO ORDERED.**

Dated this 18th day of February, 2026.

<u>/s/ Clare R. Hochhalter</u>
Clare R. Hochhalter, Magistrate Judge
United States District Court