IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Julian Pierce Williams, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Paul Olthoff et al., | ) | Case No. 1:25-cv-00058 |
| | ) | |
| Defendant. | ) | |

On March 6, 2026, the court convened for a Mid-Discovery Status Conference and Status Conference pertaining to a Discovery Dispute. For the reasons articulated during the conference, all deadlines shall be stayed pending the receipt of a proposed amended Scheduling Plan.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2026.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court