**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Julian Pierce Williams, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | |
| v. | ) | |
| | ) | |
| Paul Olthoff, Rebecca Mcfarland, | ) | |
| Chantell Hillstead, Ashley Auch, and | ) | |
| Jess Fricke, | ) | Case No.: 1:25-cv-00058 |
| | ) | |
| Defendants. | ) | |

On July 16, 2026, Defendants filed a *Stipulation to Amend Scheduling/Discovery Plan.* (Doc. No. 85). Therein, Defendants advised that the proposed plan was submitted to Plaintiff for review, but there was no response. The deadline for Plaintiff to respond to the stipulation has since lapsed. According, the court **ADOPTS** the stipulation as proposed.

    **IT IS SO ORDERED.**

    Dated this 4th day of August, 2026.

                             */s/ Clare R. Hochhalter*
                             Clare R. Hochhalter, Magistrate Judge
                             United States District Court